EILEEN M. DECKER
United States Attorney
ROBERT F. CONTE
Assistant United States Attorney
Acting Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CAMPBELL; TERRY CAMPBELL; SPENCER COLMAN; DEUTSCHE BANK NATIONAL TRUST COMPANY as TRUSTEE for RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2004-INDYPORT1, MORTGAGE PASSTHROUGH CERTIFICATES SERIES 2004-1; and the STATE OF CALIFORNIA FRANCHISE TAX BOARD <br><br> Defendants. | Case No.: 8:16-cv-1407-DOC-RAO <br><br> First amended complaint (substituting Deutsche Bank National Trust Company for CIT Bank) <br><br> Filed as a matter of right under Fed. R. Civ. P. 15(a)(1)(B) |

The United States of America, Plaintiff, for its complaint against Michael Campbell, Defendant; Terry Campbell, Defendant; Spencer Coleman, Defendant; Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust Series 2004-Indyport1, Mortgage Passthrough Certificates Series 2004-1, Defendant; and the State of California Franchise Tax Board, Defendant, alleges:

**I.     Jurisdiction and venue.**

1. This is a civil action to reduce to judgment federal tax assessments against Michael Campbell and Terry Campbell and to foreclose federal tax liens against certain real property.

2. The Court has jurisdiction under 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

3. This action is brought at the direction of the Attorney General of the United States and at the request and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, under 26 U.S.C. §§ 7401 and 7403

4. Venue for this action is within the Central District of California under 28 U.S.C. §§ 1391(b) and 1396 because all Defendants reside within this judicial district for purposes of venue and the subject real property is located within this district.

5. The real property against which the United States seeks to foreclose its federal tax liens is located in Tustin, California, with a parcel number of 502-511-27 and is legally described as set forth in exhibit 1, attached hereto.

6. Michael Campbell, Terry Campbell, and Spencer Colman are individuals residing within this district.

7. Michael Campbell and Terry Campbell have been continuously married since at least 2006.

8. Terry Campbell and Spencer Colman are siblings.

9. Legal title to the property that is the subject of this foreclosure action is nominally held in the name of Spencer Campbell.

10. Spencer Campbell is the nominee of Michael Campbell and Terry Campbell through whom he holds title to the property that is the subject of this foreclosure action.

11. Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust Series 2004-Indyport1, Mortgage Passthrough Certificates Series 2004-1, may claim an interest in the subject real property as successor in interest to CIT Bank, N.A., and Indymac Bank.

12. The State of California Franchise Tax Board may claim an interest in the subject real property.

### Count I
### Claim to reduce federal tax assessments to judgment
### (against Michael Campbell and Terry Campbell only)

13. The United States realleges paragraphs 1 through 12.

14. On November 5, 2007, a delegate of the Secretary of the Treasury assessed federal income tax for tax year 2006 in the amount of $131,707 against Michael Campbell and Terry Campbell based on their federal income tax return filed with the Internal Revenue Service.

15. As of July 28, 2016, the outstanding balance of the Campbells' federal income-tax liability for tax year 2006 is $140,173.43 after taking into account credits, charges, interest, and penalties.

16. On October 25, 2010, a delegate of the Secretary of the Treasury assessed federal income tax for tax year 2009 in the amount of $25,097

against the Campbells based on their federal income tax return filed with the Internal Revenue Service.

17. As of July 28, 2016, the outstanding balance of the Campbells' federal income-tax liability for tax year 2009 is $3,687.95 after taking into account credits, charges, interest, and penalties.

18. On November 21, 2011, a delegate of the Secretary of the Treasury assessed federal income tax for tax year 2010 in the amount of $38,695 against the Campbells based on their federal income tax return filed with the Internal Revenue Service.

19. As of July 28, 2016, the outstanding balance of the Campbells' federal income-tax liability for tax year 2010 is $56,716.10 after taking into account credits, charges, interest, and penalties.

20. As of July 28, 2016, the tax liabilities specified in paragraphs 14 through 19 have the following outstanding balances after taking into account credits, charges, interest, and penalties:

| Tax year | Outstanding balance as of July 28, 2016 |
| --- | --- |
| 2006 | $140,173.43 |
| 2009 | $3,687.95 |
| 2010 | $56,716.10 |
| **Total** | **$200,577.48** |

21. This suit is filed within the statute of limitations to collect the above liabilities.

22. Despite timely notice and demand for payment of these federal income-tax assessments, Michael Campbell and Terry Campbell have not fully paid these federal income-tax liabilities.

4

23. The United States is entitled to judgment against the Michael Campbell and Terry Campbell in the amount of $200,577.48 as of July 28, 2016, plus all subsequent statutory accruals including interest and penalties.

**Count II**

**Claim to foreclose federal tax liens**

**(against all Defendants)**

24. The United States realleges paragraphs 1 through 23.

**A. Federal tax liens attach to the property of Michael Campbell and Terry Campbell.**

25. By automatic operation of 26 U.S.C. §§ 6321 and 6322, liens for the tax liabilities set forth in paragraphs 14 through 19 arose in favor of the United States against all property and rights to property owned by Michael Campbell and Terry Campbell as of the assessment dates set forth in paragraphs 14, 16, and 18. These liens have continued to the present without interruption and have not been released or discharged.

26. On August 6, 2008, the IRS recorded a notice of federal tax lien for the federal income-tax liability for the 2006 tax year against Michael Campbell and Terry Campbell at the Orange County Recorder's Office as document no. 2008000374297. A copy of this notice of federal tax lien is attached as exhibit 2. Personal identifiers have been redacted.

27. On March 23, 2011, the IRS recorded a notice of federal tax lien for the federal income-tax liability for the 2009 tax year against Michael Campbell and Terry Campbell at the Orange County Recorder's Office as document no. 2011000150333. A copy of this notice of federal tax lien is attached as exhibit 3. Personal identifiers have been redacted.

28. On December 22, 2011, the IRS recorded a notice of federal tax lien for the federal income-tax liability for the 2010 tax year against Michael Campbell and Terry Campbell at the Orange County Recorder's Office as

document no. 2011000669845.  A copy of this notice of federal tax lien is attached as exhibit 4.   Personal identifiers have been redacted.

29.   On March 16, 2012, the IRS recorded a notice of federal tax lien for the federal income-tax liability of Michael Campbell and Terry Campbell for the 2006, 2009, and 2010 tax years against Spencer Colman as the nominee of Terry and Michael Campbell for the subject property at the Orange County Recorder's Office as document no. 2012000153141.  A copy of this notice of federal tax lien is attached as exhibit 5.   Personal identifiers have been redacted.

**B.    Michael Campbell and Terry Campbell own the subject property though it is nominally held in the name of Spencer Colman.**

30.   In July 2002, in *In re Niknafs,* case no. SA 01-bk-11874-JB, the United States Bankruptcy Court for the Central District of California approved the sale on the subject property from the bankruptcy estate to Zoe Colman or Spencer Colman and Terry Campbell as co-trustees of the Robert Craig Colman Trust for $895,000.

31.   Zoe Colman or Spencer Colman and Terry Campbell, as co-trustees of the trust, placed title to the subject property in the name Spencer Colman, individually.

32.   At the time that the subject property was purchased and placed in the name of Spencer Colman, Michael Campbell and Terry Campbell had unpaid federal tax liabilities.

33.   From the time of the purchase of the subject property through today, Michael Campbell and Terry Campbell have continuously resided at the subject property.

34.   Michael Campbell and Terry Campbell pay directly or indirectly the mortgage liability on the subject property.

35. Michael Campbell and Terry Campbell pay directly or indirectly the property tax on the subject property.

36. From the time of the purchase of the subject property through today, Spencer Colman has not resided at any time in the subject property.

## C. Other lienholders to the property may claim an interest in the property and any proceeds deriving from the sale of the property.

37. The remaining Defendants may claim property interests in the subject real property as reflected in the following chart. The United States also specifies the dates of its own federal tax liens.

| Date recorded | Entity | Recorder's document number |
|---|---|---|
| April 22, 2003 | Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust Series 2004-Indyport1, Mortgage Passthrough Certificates Series 2004-1 as successor to CIT Bank, N.A., and Indymac Bank | 2003000444795 |
| February 6, 2007 | State of California Franchise Tax Board | 2007000079096 |
| June 5, 2007 | State of California Franchise Tax Board | 2007000357996 |

| | | |
|---|---|---|
| May 9, 2008 | State of California Franchise Tax Board | 2008000221503 |
| May 12, 2008 | State of California Franchise Tax Board | 2008000223468 |
| August 6, 2008 | IRS | 2008000374297 |
| March 23, 2011 | IRS | 2011000150333 |
| Dec. 22, 2011 | IRS | 2011000669845 |
| March 16, 2012 | IRS (Spencer Coleman as nominee of Terry and Michael Campbell) | 2012000153141 |
| April 17, 2012 | State of California Franchise Tax Board | 2012000217897 |
| July 17, 2012 | State of California Franchise Tax Board | 2012000404265 |
| October 4, 2012 | State of California Franchise Tax Board | 2012000605260 |

38. Under IRC § 7403, the United States is entitled to foreclose its federal tax liens on the subject real property and apply the proceeds to Michael Campbell's and Terry Campbell's federal tax liabilities secured by those liens.

Wherefore, the United States of America, Plaintiff requests the Court to:

A. Enter judgment in favor of the United States and against Michael Campbell and Terry Campbell in the amount of $200,577.48 as of July 28, 2016, plus all subsequent statutory accruals, including interest and penalties, plus costs and expenses;

8

B. Determine that Spencer Colman holds title to the subject property as the nominee of Michael Campbell and Terry Campbell;

C. Foreclose the federal tax liens against the Campbells' property interest of in the subject property;

D. Order the sale of the subject property;

E. Determine the interest, if any, and priority of the Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust Series 2004-Indyport1, Mortgage Passthrough Certificates Series 2004-1, and the State of California Franchise Tax Board, Defendants, in the subject property;

F Order distribution of the proceeds from the sale of the subject property to the United States, Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust Series 2004-Indyport1, Mortgage Passthrough Certificates Series 2004-1, and the State of California Franchise Tax Board, according to their interests and priorities; and

G. Order any further relief it deems just and appropriate.

Dated: September 6, 2016

EILEEN M. DECKER
United States Attorney
ROBERT F. CONTE
Assistant United States Attorney
Acting Chief, Tax Division

**/s/ Andrew T. Pribe**
ANDREW T. PRIBE
Assistant United States Attorney